BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUSTIN L. APPARCEL, ) <br> ) <br> Defendant. ) <br> _____) | 2:13-MJ-200-CKD <br><br> ORDER |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss case number 2:13-MJ-200-CKD is GRANTED.

IT IS SO ORDERED.

Dated: August 16, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE